AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br>**Rafael Mora Contreras**<br>**and**<br>**Cristina Echeverria**<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   3:26-mj-00029 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 17, 2026_____ in the county of _____ in the _____ District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Susbstances and Possess with Intent to Distribute Controlled Substances |
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A) | Possess with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

The attached affidavit of DEA SA Teegan Hand

☐ Continued on the attached sheet.

Attested to by Telephone
_____
*Complainant's signature*

DEA SA Teegan Hand
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 5:05 p.m.

Date: _____02/18/2026_____

_____
*Judge's signature*

City and state: _____Portland, Oregon_____

Jeffrey Armistead, U.S. Magistrate Judge
_____
*Printed name and title*

DISTRICT OF OREGON, ss:                    AFFIDAVIT OF TEEGAN HAND

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Teegan Hand, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been employed since February, 2022.  I am currently assigned to the DEA Seattle Field Division (SFD) Portland District Office (PDO).  I have received specialized training from the DEA, to include a 17-week Basic Agent Training course.  Prior to working for the DEA, I worked for approximately 4 years as a patrol officer between Wyoming and Colorado and approximately 4 years as a narcotics detective with the Northern Colorado Drug Task Force. As a narcotics detective and special agent, I have participated in numerous drug investigations including: wiretap investigations, undercover purchases of controlled substances, and controlled substance production and conspiracy investigations. I am familiar with drug trafficking organization (hereinafter, "DTO") investigations, including identifying methods of importation and distribution of controlled substances, and how controlled substances are manufactured, consumed, packaged, marketed, smuggled, and distributed.  I am also familiar with various tactics used by DTOs to import drugs into the United States, communicate with members of the DTOs, and arrange for transportation and distribution of drugs.

1.      I submit this affidavit in support of a criminal complaint and arrest warrant for the following individuals:

- **Cristina ECHEVERRIA** and **Rafael MORA CONTRERAS** for the crimes of possession with intent to distribute controlled substances (including methamphetamine and cocaine) in violation of 21 U.S.C. §§ 841(a)(1),

(b)(1)(A)(vi), (viii) and 846 on February 17, 2026.  As set forth below, there is probable cause to believe, and I do believe, that **Cristina ECHEVERRIA** and **Rafael Mora-Contreras** violated 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) and (viii) and 846.

2.    This affidavit is intended only to show that there is sufficient probable cause for the requested arrest warrants and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience. Investigators have intercepted suspects in this case communicating with co-conspirators in English and Spanish. Any sample-intercepted communications herein, initially conducted in Spanish, were translated into English by monitors fluent in Spanish and hired by the DEA to perform this service. Any quoted speech or text herein is taken from these transcriptions.

### Applicable Law
*Target Offenses*

3.    Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi) and (viii) and 846 makes it illegal to possess and conspire to distribute controlled substances (fentanyl, cocaine and methamphetamine) with intent to distribute them, and to conspire to do so.  This offense is punishable by 10 years to life imprisonment, a fine of up to $10 million, and five years' supervised release.

**Page 2 – Affidavit of Teegan Hand**

### *Background of Investigation*

4.      In July of 2025, DEA Portland began investigating a DTO operating in the ▇▇▇▇ ▇▇▇▇ Oregon area. The DTO is operated by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. ▇▇▇▇▇▇▇▇ investigators learned ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ was waiting to be resupplied with a new shipment.

### *Statement of Probable Cause*

5.      During the investigation, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (323) 742-5472 (Subject Phone-7452). Investigators learned the user of Subject Phone-5472 (later identified as MORA CONTRERAS) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ On February 5, 2026, the Honorable Judge Jolie Russo signed a search warrant authorizing the collection and monitoring of geolocation information from Subject Phone-5472. On February 9, 2026, during surveillance of the phone, investigators identified Rafael MORA CONTRERAS as the user of Subject Phone-5472.

6.      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Page 3 – Affidavit of Teegan Hand**

7.

agents believed MORA CONTRERAS was preparing to pick up a rental car in preparation for a trip to California to re-supply drugs.

9. On February 15, 2026, investigators observed geolocation data for Subject Phone-5472 travel to Portland International Airport. The geolocation data was at the airport for less than an hour before traveling south on Interstate 5. With the previous discussions surrounding renting vehicles, agents served a subpoena to Avis/Budget and learned MORA CONTRERAS rented a

**Page 4 – Affidavit of Teegan Hand**

Chevrolet Tahoe (Oregon registration: 829QNG) (Hereinafter "Target Vehicle").  The vehicle was rented until February 18, 2026.

10.    Investigators observed geolocation data travel south into California where it arrived in Los Angeles on February 16, 2026, at approximately 1:00 a.m. I know Los Angeles, California is a major drug hub in the United States and serves as one of the primary destinations for drugs once they are crossed into the United States from Mexico. MORA CONTRERAS' phone was in Los Angeles for approximately 12 hours before turning back north and driving back towards Oregon. The phone stayed overnight in Delano, California before traveling north towards Oregon the morning of February 17, 2026.

11.    Investigators established surveillance in Oregon and watched for the target vehicle traveling north on Interstate 5. Investigators located the Target Vehicle at approximately 6:10 p.m., near Mile Marker 109 on Interstate 5 North. Investigators followed the Target Vehicle and observed it was driven by a female, later identified as ECHEVERRIA. Investigators also observed it was driving in tandem with another vehicle, a white Hyundai Elantra (California registration: 9XIF156). The Elantra was driven by MORA CONTRERAS. This Elantra was also a rental, but the renter information is currently unknown. When one vehicle moved or changed lanes the other would match its progress. They also matched one another's speeds.

12.    At approximately Mile Post 154 on Interstate 5 in Oregon, Oregon State Police Troopers conducted a traffic stop on the Target Vehicle.

13.    The driver and sole occupant of the Target Vehicle was identified as Cristina Echevarria. She told troopers on the traffic stop she had something illegal in the car but did not specify what. Oregon State Police Trooper Hayden Randall deployed his K9 on the vehicle and

**Page 5 – Affidavit of Teegan Hand**

the K9 demonstrated a positive alert to the odor of controlled substances coming from the vehicle. Oregon State Police Trooper and DEA Task Force Officer Brian Smith conducted a vehicle search and located approximately 28 pounds of suspected methamphetamine and 6 kilograms of cocaine in the vehicle. ECHEVERRIA requested an attorney and did not make any further statements. A photo of the seizure is below.



14.     DEA continued following the Elantra and conducted a traffic stop on the vehicle. Agents identified MORA CONTRERAS as the driver. Agents conducted a vehicle search but did not locate any additional drugs. Investigators also located a cellphone in the vehicle. Using an undercover cellphone number, an agent called Subject Phone-5472, the phone MORA CONTRERAS ███████████████████████, and observed the phone in the car ring, indicating Subject Phone-5472 was in MORA CONTRERAS' possession. MORA CONTRERAS refused all searches and requested an attorney.

15.     From my training and experience, I am aware it is not uncommon for females or lower ranking DTO members to assist in trafficking drugs because it is generally more

**Page 6 – Affidavit of Teegan Hand**

acceptable for them to be exposed to more risk. I am also aware it is common for additional cars to follow and observe load cars as they transport drugs. This allows higher ranking members of an organization to track their drugs without directly needing to handle drugs. Based on the totality of the circumstances, investigators believe MORA CONTRERAS received an order █ ██████████████████████ with methamphetamine. MORA CONTRERAS rented the Target Vehicle and ECHEVERRIA drove the Target Vehicle back to Oregon while MORA CONTRERAS monitored ECHEVERRIA's progress by driving in tandem with her in the Elantra.

### Conclusion

16.     Investigators received information indicating MORA CONTRERAS was about to re-supply on drugs and would be driving to pick them up. Investigators observed geolocation from MORA CONTRERAS' phone travel to Los Angeles, California. Within a day, the phone began traveling north towards Oregon. The phone began its trip to California on February 15, 2026 and arrived in Los Angeles on February 16, 2026. The vehicle began its trip back towards Oregon February 16, 2025. The duration and location of the trip was consistent with a re-supply of controlled substances.

17.     On February 17, 2026, investigators established surveillance on Interstate 5 in Oregon and observed the Target Vehicle rented by MORA CONTRERAS traveling in time with geolocation data from MORA CONTRERAS' phone. Investigators also observed a second rental, a Hyundai Elantra, traveling in tandem with the Tahoe. Oregon State Police conducted a traffic stop on the Tahoe and deployed a K9. The K9 alerted to the odor of controlled substances and Oregon State Police searched the vehicle and located approximately 28 pounds of suspected

Page 7 – Affidavit of Teegan Hand

methamphetamine and 6 kilograms of cocaine. The driver of the Target Vehicle and sole occupant was Cristina ECHEVERRIA. Investigators conducted a traffic stop on the Elantra, driven by MORA CONTRERAS. Investigators did not locate drugs in the vehicle but located Subject Phone-5472, which investigators were monitoring for geolocation information. Investigators believe MORA CONTRERAS used ECHEVERRIA to transport drugs while he followed in a separate vehicle to prevent from having direct access to drugs, minimizing his exposure to risk.

18. Based on the foregoing, I have probable cause to believe, and I do believe, that **Cristina ECHEVERRIA** and **Rafael MORA CONTRERAS** committed the crime of possession with intent to distribute and conspiracy to possess with intent to distribute and distribute controlled substances, including methamphetamine – in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) and (viii) on October 17, 2024.

19. I therefore request that the Court issue a criminal complaint and arrest warrants for **Cristina ECHEVERRIA** and **Rafael MORA CONTRERAS**.

20. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Lewis Burkhart and AUSA Burkhart advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

### Request for Sealing

21. It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest

Page 8 – Affidavit of Teegan Hand

warrant.  I believe that sealing these documents is necessary because the individual to be arrested is relevant to an ongoing investigation, and any disclosure of the individual's arrest at this time may endanger the life or physical safety of an individual, cause flight from prosecution, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation.  Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

*/s/ Teegan Hand By Phone*
Teegan Hand
Special Agent
Drug Enforcement Administration

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 5:05 p.m. on February 18, 2026.

JEFFREY ARMISTEAD
United States Magistrate Judge

**Page 9 – Affidavit of Teegan Hand**